# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSEPH SCHIMES, | : | No. 519 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CITY OF SCRANTON NON-UNIFORM | : | |
| PENSION BOARD; MAYOR WILLIAM | : | |
| COURTRIGHT, AND CITY OF | : | |
| SCRANTON, | : | |
| | : | |
| Respondents | | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.